| Merchant Name | Defendant/Doe No. |
|---|---|
| Jiang Roulan | 127 |
| Aphro Direct | 203 |
| yanyandandan | 246 |
| Magwen226 | 140 |
| Yatafw | 222 |
|  |  |
| vyjoy.co.uk | 353 |
|  |  |
| leipupa-US | 102 |
| tonginaUS | 117 |
| yuyanhu US | 145 |
| sunnimix | 160 |
| Tootye us | 191 |
|  |  |
| alpinetopline | 270 |
| bosity | 274 |
| cindia | 281 |
| dailydealuk | 284 |
| e2wholesale | 285 |
| electronichome2016 | 286 |
| footful_mall | 294 |
| handmademal | 298 |
| jindia | 308 |
| loviver_us | 317 |
| motorpartsvalue | 321 |
| sfcdirect | 328 |
| shiningweddingdeals | 330 |
| uptogethertek | 340 |
| viewviewbaby | 431 |
|  |  |

2

| STARDE FAREAST LTD | 357 |
|---|---|
| Prettyia | 369 |
| Baoblade | 370 |
| Soctuem | 377 |
| Bigoot | 378 |
| chiwanji | 389 |
| kowaku | 390 |
| milageto | 392 |
| lacooppia | 393 |