IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| PD Games, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-5916 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| | ) | Magistrate Judge Hon. Susan E. Cox |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order of January 18, 2022 [20], Plaintiff PD Games, LLC submits the following report on the status of the case.

1. **Nature of the Case and Procedural Posture.**

The complaint alleges extensive counterfeiting of Plaintiff's registered trademarks, Defendants' use of deceptive and infringing photographs and text in their online stores to pass off products of the Defendants as genuine products of the Plaintiff, unfair competition under Illinois state law, copyright infringement, and civil conspiracy. The case was filed on November 4, 2021 [1 (public), 4-13 (unredacted)], a TRO [13] was entered on November 29, 2021 [10], extended [12] on December 16, 2021, and a preliminary injunction [17] was entered December 30, 2021. Following entry of the preliminary injunction, Plaintiff added each named Defendant to the PACER docket.

According to the terms of the TRO, Plaintiff served subpoenas on e-commerce marketplaces Alibaba/Aliexpress, DHgate, Ebay, Newegg, Shopify, and Wish on December 16,

1

2021. Upon receiving the required Defendant contact information from the e-commerce marketplaces, Plaintiff promptly served all identified defendants, many of whom contacted Plaintiff requesting settlement. No defendant has yet appeared or filed an answer or motion.

2. **Factual and Legal Issues.**

Since no defendant has appeared, none has raised any factual or legal issues to be addressed by the Court.

3. **Settlement Potential and Discussions to Date.**

As of the filing of this Status Report, 63 of the 404 named defendants have settled with Plaintiff and have been dismissed from this action. Sixty-one are currently in settlement discussions. Plaintiff has had no contact from the remainder of the defendants.

4. **Discovery Taken to Date.**

None.

5. **Potential Motions to be filed.**

As of the filing of this Status Report, Plaintiff anticipates filing a motion for default judgment within eight weeks of the next status hearing as to all defendants who have not responded to the Complaint or who have not been dismissed pursuant to settlement.

Dated: February 9, 2022          Respectfully submitted,

/s/*James E. Judge*

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
FLENER IP LAW, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com