**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

| | | |
|---|---|---|
| PD GAMES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-5916 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND | ) | Magistrate Judge Hon. Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**OF CERTAIN DEFENDANTS**

Plaintiff PD Games, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: meidongofficial.com (351) Futurelove (110) Make me successful (116) KINGOL (118) Timbrigte (143) Popurcloth (254)  ( (collectively, "Settling Defendants"), with prejudice. PD Games, LLC is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 40(a)(1) is therefore appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 14, 2022 | PD Games, LLC |
|  | By: /s/ James E. Judge |

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874