IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| PD GAMES LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 21-cv-5916 |
| ) | |
| v. ) | |
| ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| THE PARTNERSHIPS AND ) | Magistrate Judge Hon. Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A", ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff PD Games, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: Xiamen Xinhuabao Silicone Rubber Components Products Co., Ltd. (7), 鑫鑫US (111), colortop9 (282), hsskbdfn_0 (201), huixang2 (302), koreyoshi239 (312), lerenet (314), sunny-planet168 (335), warm-tech (342), xiaonangu (348), WeiyeIndustry (368), and Zlnbor-8 (394) ( collectively, "Settling Defendants"), with prejudice. PD Games, LLC is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                          Respectfully submitted,

Dated: April 1, 2022                PD Games, LLC

                                        By: /s/ James E. Judge

                                        Zareefa B. Flener (IL Bar No. 6281397)
                                        James E. Judge (IL Bar No. 6243206)
                                        Flener IP Law, LLC
                                        77 W. Washington St., Suite 800
                                        Chicago IL 60602
                                        jjudge@fleneriplaw.com
                                        (312) 724-8874